United States Bankruptcy Court
District of Maryland

In re:     Case No. 23-10299-NVA
April Horn     Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 2
Date Rcvd: Apr 17, 2023     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | April Horn, 851 Middlesex Rd., Essex, MD 21221-2129 |
| 32165632 | + | EZ Pass, PO Box 5060, Middle River, MD 21220-0060 |
| 32165633 | + | Freedom Fighters 2, Inc., 2920 Smithson Drive, Forest Hill, MD 21050-1902 |
| 32165634 | + | Gary Blibaum, Esquire, 40 York Road, Suite 300, Towson, MD 21204-5266 |
| 32165637 | + | Jeffrey Friedman, Esq., 100 Owings Court, Ste. 4, Reisterstown, MD 21136-3048 |
| 32165641 | + | LVNV Funding LLC, 6801 S. Cimarron Rd, Stes 424-J, Las Vegas, NV 89113-2273 |
| 32165640 | + | Lucky Seven Bail Bonds, Inc., PO Box 5084, Middle River, MD 21220-0084 |
| 32165645 | + | Sean Daly, Esq., 8028 Ritchie Hwy- #300, Pasadena, MD 21122-1360 |
| 32165646 | + | State of Maryland, Central Collection Unit, Fifth Floor Certifications, 300 W. Preston Street, RM 407, Baltimore, MD 21201-2309 |
| 32165648 | + | Walnut Grove I Realty, LLC, c/o Apt. Services, Inc, 216 Schilling Circle, Ste. 3215, Hunt Valley, MD 21031-1127 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32166125 | | Email/Text: bankruptcy@baltimorecountymd.gov | Apr 17 2023 19:10:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32166122 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 17 2023 19:10:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32165630 | + | EDI: CONVERGENT.COM | Apr 17 2023 23:06:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton, WA 98057-4927 |
| 32165631 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 17 2023 19:10:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 32165635 | + | EDI: LCIICSYSTEM | Apr 17 2023 23:06:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 32165636 | | EDI: IRS.COM | Apr 17 2023 23:06:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 32165638 | + | Email/Text: jeffrey@jeffreytapper.com | Apr 17 2023 19:10:29 | Jeffrey Tapper, Esquire, 90 Painters Mill Road, #230, Owings Mills, MD 21117-3611 |
| 32165639 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 17 2023 19:10:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 32165642 | ^ | MEBN | Apr 17 2023 19:06:36 | LVNV Funding, LLC, c/o Peroutka, Miller, Klima & Peters, 8028 Rithcie Hwy, Ste 300, Pasadena, MD 21122-1360 |
| 32165643 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2023 19:11:25 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 32165647 | + | Email/Text: bankruptcy@sw-credit.com | Apr 17 2023 19:10:00 | SWC Group, 4120 International Parkway #100, |

| District/off: 0416-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2023 | Form ID: 318 | Total Noticed: 23 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Carrollton, TX 75007-1957 |
| 32166124 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Apr 17 2023 19:11:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32166123 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Apr 17 2023 19:10:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-3635 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32165644 |  | Sawyer Property Management of MD LLC, INVALID ADDRESS PROVIDED |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2023                         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Morgan W. Fisher | trustee@morganfisherlaw.com MD65@ecfcbis.com,fisher@premierremote.com |
| Nicholas J. DelPizzo | njdelpizzo@aol.com leahsny@yahoo.com,bjarboe.lawoffice@gmail.com |

TOTAL: 2

Entered: April 17, 2023
Signed:  April 17, 2023

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **April Horn** | Social Security number or ITIN   xxx–xx–2307 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of Maryland**

Case number:   **23–10299 NVA**   Chapter:  **7**

---

### Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   April Horn

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318          **Order of Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**